# Special Verdict Form

**Important:**

In the following pages, you will fulfill your role as jurors by answering a series of questions. For questions with yes/no answers, indicate your answer by placing a check mark next to your selected response. Your response to each question must be unanimous.

You should complete the questions in the order they are written. However, you may not need to answer each question. Carefully read and follow the instructions printed in italics.

## WHISTLEBLOWER ACT CLAIM

1. Do you find that Plaintiff Mr. Amann has proven his Whistleblower Act claim against the Office of the Utah Attorney General by a preponderance of the evidence? *This claim against Defendant is explained in Final Instruction Nos. 26-32.*

**ANSWER:**

Yes _____

No __X__

*Proceed to the next question.*

## BREACH OF CONTRACT CLAIM

2. Do you find that Plaintiff Mr. Amann has proven his breach of contract claim against the Office of the Utah Attorney General by a preponderance of the evidence? *This claim against Defendant is explained in Final Instruction Nos. 33-36.*

**ANSWER:**

Yes _____

No __X__

*Proceed to the next question.*

*Refer to questions 1-2 above. If you marked "No" for BOTH questions 1 and 2, skip questions 3 through 6. If you marked yes for either question 1 or 2, proceed to question 3.*

## **ECONOMIC DAMAGES**

3. *Only answer this question if you find that Mr. Amann is entitled to damages. Damages are explained in Final Instruction Nos. 37-45.*

   If you find that Mr. Amann is entitled to damages, state the total **economic** damages caused by the Utah Attorney General's Office to Mr. Amann for all claims in questions 1-2. In calculating the total amount of economic damages, do not include the same economic damages twice. That is, if Mr. Amann suffered the same injury under both claims, he may only collect damages for that injury once. *Economic Damages are explained in Final Instruction No. 39.*

   | | |
   |---|---|
   | Back Pay and Benefits (owed through date of the verdict): | $_____ |
   | Front Pay and Benefits (owed after date of the verdict): | $_____ |
   | Total Economic Damages (Back Pay and Benefits + Front Pay and Benefits): | $_____ |

   *Proceed to the next question.*

## **NON-ECONOMIC DAMAGES**

4. Do you find that Mr. Amann is entitled to non-economic damages on his Whistleblower Act claim? *Non-economic damages are explained in Final Instruction No. 40.*

> **ANSWER:**
>
> Yes _____
>
> No _____
>
> *If you marked yes, state the amount of non-economic damages attributable to the Whistleblower Act claim:*
>
> $ _____
>
> *Proceed to the next question.*

5. Do you find that Mr. Amann is entitled to non-economic damages on his breach of contract claim? *Non-economic damages are explained in Final Instruction No. 40.*

> **ANSWER:**
>
> Yes _____
>
> No _____
>
> *If you marked yes, state the amount of non-economic damages attributable to the breach of contract claim:*
>
> $ _____
>
> *Proceed to the next question.*

6. *Only answer this question if you marked "Yes" for both questions 4 and 5. If you marked "No" for either question 4 or 5, skip this question.*

   State the total **non-economic** damages caused by the Utah Attorney General's Office to Mr. Amann. *Non-economic damages are explained in Final Instruction No. 40.*

   In calculating the total amount of non-economic damages, **do not include the same non-economic damages twice.** That is, if Mr. Amann suffered the same injury under both claims, he may only collect damages for that injury once. In answering this question, do **not** simply add the numbers from questions 4 and 5. Because you are stating the total non-economic damages, this number may be smaller than the combined amounts stated in your answers to questions 4 and 5.

   ---

   Non-Economic Damages:        $_____

   *Proceed to Closing Instruction.*

   ---

## CLOSING INSTRUCTION

After answering the questions above as instructed, the Jury has completed this Special Verdict Form. The Jury Foreperson should sign the document for return to the court.

DATED this 21 day of May, 2025

_____
Jury Foreperson