# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| PAUL G. AMANN,<br><br>     Plaintiff,<br><br>v.<br><br>OFFICE OF THE UTAH ATTORNEY GENERAL,<br><br>     Defendant. | **JUDGMENT**<br><br>Case No. 2:18-cv-00341-JNP-DAO<br><br>District Judge Jill N. Parrish<br><br>Magistrate Judge Daphne A. Oberg |

This action came before the court for a trial by jury. The issues have been tried, and the jury has rendered its verdict. IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Office of the Utah Attorney General and against Plaintiff Paul G. Amann.

DATED June 27, 2025

BY THE COURT

_____
Jill N. Parrish
United States District Court Judge